UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON GRADY,

        Plaintiff(s),        CASE NO. 13-12394

v.

                              HONORABLE GERALD E. ROSEN

AARGON AGENCY, INC.,

        Defendant(s).
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On June 14, 2013 the Court mailed a Notice of Hearing (Doc. No. 3) for a scheduling conference to plaintiff Brandon Grady at 29869 Martell Court, Novi, MI, 48377. The Notice of Hearing was returned as undeliverable on June 24, 2013 (Doc. No. 4). Plaintiff has failed to promptly advise the Clerk of any address and/or contact information changes. Therefore,

IT IS ORDERED that the case is DISMISSED WITHOUT PREJUDICE in accordance with E.D. Mich LR 11.2 and Rule 11 of the Federal Rule of Civil Procedures.

SO ORDERED.

                s/ Gerald E. Rosen
                Chief Judge, United States District Court

Dated: June 25, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 25, 2013, by electronic and/or ordinary mail.

                s/Julie Owens
                Case Manager, (313) 234-5137